**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 23-mj-347** |
| | : | |
| **JENNA MCGRATH,** | | |
| **LAURA MCGRATH MILLER,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Pursuant to the motion to dismiss filed by the United States, it is hereby ordered that the

Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge